

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

(212) 416-8645
FAX (212) 416-6009
joel.graber@oag.state.ny.us

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

**APPLICATION GRANTED**
**SO ORDERED**

5/5/09
John G. Koeltl, U.S.D.J.

BY HAND

April 22, 2009

Hon. Debra Freeman
United States Magistrate Judge,
    Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York

Re:  **Burke v. Metropolitan Transportation Auth., et al.**
     S.D.N.Y. 09 Civ. 3291 (JGK)(DF)

Dear Magistrate Judge Freeman:

We are writing with the consent of *pro se* plaintiff Brian Burke and on behalf of three sets of defendants to request a schedule for the briefing of defendants' three independent motions to dismiss the complaint in this action.

Defendant Metropolitan Transportation Authority (MTA) served and filed a Rule 12(b)(6) motion to dismiss the complaint as against it on April 15, 2009. Defendant New York City Transit Authority (NYCTA) anticipates serving and filing a motion to dismiss the complaint as against it during the week of April 27, 2009. Defendants State of New York Public Employment Relations Board (PERB) and the New York Attorney General appearing *pro se* intend to serve and file a motion to dismiss the complaint as against each of them on June 15, 2009.

The parties agree on the following briefing schedule:

- June 15, 2009 – Date for plaintiff to respond to motions on behalf of MTA and NYCTA, and date for service of PERB and AG motion.

- June 29, 2009 – Date for service of MTA and NYCTA reply papers if any.

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us

- July 13, 2009 - Date for plaintiff to respond to motion on behalf of PERB and AG.

- July 27, 2009 - Date for service of PERB and AG reply papers if any.

We understand that District Judge Koeltl's Individual Practices call for the filing of courtesy copies only when the motions have been fully briefed. This is a non-ECF case.

The date for PERB and the AG to respond to the complaint is now April 28, 2009. There have been no previous requests for an extension. Other than the dates referred to above, there are no scheduled dates in this action.

We appreciate Your Honor's consideration of this request.

Respectfully,

JOEL GRABER (JG-3337)
Assistant Attorney General
Special Litigation Counsel

cc:

Brian Burke
**Plaintiff *Pro Se***
FAX (212) 614-8515

Ching Wah Chin, Esq.
Associate Counsel
Metropolitan Transportation Authority
FAX (212) 878-7398

Valerie K. Ferrier, Esq.
Office of the General Counsel
New York City Transit Authority
FAX (718) 694-1070

David P. Quinn, Esq.
Associate Counsel and Director of Litigation
State of New York Public Employment Relations Board
FAX (518) 457-2664