UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

BURKE,

               Plaintiff,

   - against -

METROPOLITIAN TRANSPORTATION
AUTHORITY, et al.,

               Defendants.
---

09 Civ. 3291 (JGK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/09
```

JOHN G. KOELTL, District Judge:

    The Court has received a courtesy copy of the fully briefed motion to dismiss of defendants New York State Public Employment Relations Board and the New York Attorney General. Defendant Metropolitan Transportation Authority shall submit courtesy copies of its motion to dismiss (Docket Nos. 5 and 8) by **October 23, 2009**. Defendant New York City Transit Authority shall submit courtesy copies of its motion to dismiss (Docket No. 13) by **October 23, 2009**.

    The defendants shall also submit courtesy copies of the pro se plaintiff's motions (Docket Nos. 19, 23, and 29) by **October 23, 2009** to the extent they are fully briefed motions and not otherwise included as the plaintiff's responses to the defendants' motions to dismiss.

SO ORDERED.

Dated:    New York, New York
            October 14, 2009

                                                             /s/ G. Koeltl
                                                    John G. Koeltl
                                           United States District Judge