UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

BURKE,

               Plaintiff,

     - against -

METROPOLITIAN TRANSPORTATION
AUTHORITY, et al.,

               Defendants.

---

09 Civ. 3291 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the pro se plaintiff's motion to admit his third amended complaint. The defendants should respond by **November 9, 2009** and indicate whether they oppose the plaintiff's motion and if so, on what grounds. The defendants should also indicate if their prior motions to dismiss should be directed towards the plaintiff's motion or proposed third amended complaint and should indicate if they wish to make any additions to their prior submissions. The plaintiff may submit a reply, if any, by **November 23, 2009**.

SO ORDERED.

Dated:    New York, New York
           October 26, 2009

                                     John G. Koeltl
                                     United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/09
```